UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:

Cynthia L. McGhee                  Case No. 99-53685 - tjt

                                              Chapter 13

**ORDER DENYING APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS**

An Application for Payment from Unclaimed Funds by Dilks & Knopik, LLC on behalf of Cynthia L. McGhee having been filed on August 24, 2010, and following a review of the court's records, it has been determined that payment of the said funds to Cynthia L. McGhee was made back in May of 2005 . **Now Therefore:**

**IT IS ORDERED** that the Application for Payment from Unclaimed Funds is **DENIED** because the claimant has already received payment of the said funds and is not entitled to any additional amount of unclaimed funds held in the U.S. Treasury.

**Signed on October 13, 2010**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge